| | |
|---|---|
| 1 | MATTHEW J. GAUGER, Bar No. 139785 |
|  | RUSSELL I. NAYMARK, Bar No. 196956 |
| 2 | GARY P. PROVENCHER, Bar No. 250923 |
|  | WEINBERG, ROGER & ROSENFELD |
| 3 | A Professional Corporation |
|  | 428 J Street, Suite 520 |
| 4 | Sacramento, California 95814-2341 |
|  | Telephone: (916) 443-6600 |
| 5 | Facsimile: (916) 442-0244 |
| 6 | Attorneys for Plaintiff |
| 7 | MARTIN J. AMBACHER, Bar No. 144596 |
|  | JOHN C. ADAMS, Bar No. 230373 |
| 8 | MCNAMARA, NEY, BEATTY, SLATTERY, |
|  | BORGES & AMBACHER LLP |
| 9 | 1211 Newell Avenue |
|  | Post Office Box 5288 |
| 10 | Walnut Creek, CA 94596 |
|  | Telephone: (925) 939-5330 |
| 11 | Facsimile: (925) 939-0203 |
| 12 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| CARPENTERS LOCAL UNION 152, | ) | |
| | ) | No. C11 03945-JSW |
| Plaintiff, | ) | |
| | ) | **JOINT NOTICE OF TENTATIVE** |
| v. | ) | **SETTLEMENT AGREEMENT** |
| | ) | **[L.R. 16-8, ADR L.R. 6-13]** |
| CITY OF WALNUT CREEK, a California | ) | **AND [~~PROPOSED~~] ORDER** |
| Municipal Corporation and Charter City; | ) | **CONTINUING CASE** |
| | ) | **MANAGEMENT CONFERENCE** |
| Defendant. | ) | |

The parties reached a tentative settlement agreement. The Settlement Agreement provides for Plaintiff to file a Notice of Dismissal under Rule 41 within ten (10) days of Defendant's compliance with Paragraph 3 of the Agreement. The parties therefore request the Court to vacate the Case Management Conference currently set for February 17, 2012 and other deadlines associated with the case. The parties further request that the Court order the parties to submit a

1  Status Report on February 17, 2012 in the event that the parties have not filed a stipulation for
2  dismissal by that time.
3  Dated: January 17, 2012

                        WEINBERG, ROGER & ROSENFELD
4                         A Professional Corporation

5                         By:    /s/ Matthew J. Gauger
                               MATTHEW J. GAUGER
6                                GARY P. PROVENCHER
                               Attorneys for Plaintiff
7                                CARPENTERS LOCAL 152

8  Dated: January 17, 2012

9
                        MCNAMARA, NEY, BEATTY, SLATTERY,
10                         BORGES & AMBACHER LLP

11                         By:    /s/ Martin J. Ambacher
                               MARTIN J. AMBACHER
12                                JOHN C. ADAMS
                               Attorneys for Defendant
13                                CITY OF WALNUT CREEK

14

15                              **~~PROPOSED~~ ORDER**

16  Pursuant to the parties' Notice of Tentative Settlement, the Case Management Conference
17  currently set for February 17, 2012 is vacated. All other deadlines are also vacated. If the case is
18  not dismissed by February 17, 2012, the parties shall file a status report at that time.

19

20  Dated: January 30, 2012

21
22                               The Honorable Jeffrey S. White

23
24
25
26
27
28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street Suite 520
Sacramento, CA 95814-2341
(916) 443-6600