MATTHEW J. GAUGER, Bar No. 139785
RUSSELL I. NAYMARK, Bar No. 196956
GARY P. PROVENCHER, Bar No. 250923
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814-2341
Telephone: (916) 443-6600
Facsimile: (916) 442-0244

Attorneys for Plaintiff

MARTIN J. AMBACHER, Bar No. 144596
JOHN C. ADAMS, Bar No. 230373
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARPENTERS LOCAL UNION 152,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WALNUT CREEK, a California Municipal Corporation and Charter City;<br><br>Defendant. | No. C11 03945-JSW<br><br>**JOINT NOTICE OF TENTATIVE SETTLEMENT AGREEMENT [L.R. 16-8, ADR L.R. 6-13] AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties reached a tentative settlement agreement. The Settlement Agreement provides for Plaintiff to file a Notice of Dismissal under Rule 41 within ten (10) days of Defendant's compliance with Paragraph 3 of the Agreement. The parties therefore request the Court to vacate the Case Management Conference currently set for February 17, 2012 and other deadlines associated with the case. The parties further request that the Court order the parties to submit a

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street Suite 520
Sacramento, CA 95814-2341
(916) 443-6600

Status Report on February 17, 2012 in the event that the parties have not filed a stipulation for dismissal by that time.

Dated: January 17, 2012

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By:    /s/    Matthew J. Gauger
        MATTHEW J. GAUGER
        GARY P. PROVENCHER
        Attorneys for Plaintiff
        CARPENTERS LOCAL 152

Dated: January 17, 2012

        MCNAMARA, NEY, BEATTY, SLATTERY,
        BORGES & AMBACHER LLP

        By:    /s/    Martin J. Ambacher
        MARTIN J. AMBACHER
        JOHN C. ADAMS
        Attorneys for Defendant
        CITY OF WALNUT CREEK

## ~~PROPOSED~~ ORDER

Pursuant to the parties' Notice of Tentative Settlement, the Case Management Conference currently set for February 17, 2012 is vacated. All other deadlines are also vacated. If the case is not dismissed by February 17, 2012, the parties shall file a status report at that time.

Dated: January 30, 2012

_____
The Honorable Jeffrey S. White

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street Suite 520
Sacramento, CA 95814-2341
(916) 443-6600

- 2 -