MATTHEW J. GAUGER (State Bar No. 139785)
GARY P. PROVENCHER (State Bar No. 250923)
WEINBERG, ROGER & ROSENFELD
428 J Street, Suite 520
Sacramento, CA 95814
Telephone: (916) 443-6600
Facsimile: (916) 442-0244

Attorneys for Plaintiff
Carpenters Local Union 152

MARTIN J. AMBACHER (State Bar No. 144596)
JOHN C. ADAMS (State Bar No. 230373)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CITY OF WALNUT CREEK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CARPENTERS LOCAL UNION 152,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WALNUT CREEK, a California Municipal Corporation and Charter City,<br><br>Defendant. | Case No. C11 03945-DMR<br><br>STIPULATION OF DISMISSAL AND ORDER THEREON<br><br>Action Filed: 8/11/2011<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 11 |

Having executed a valid and enforceable Settlement Agreement, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

/////

STIPULATION OF DISMISSAL
AND ORDER THEREON

IT IS SO STIPULATED,

Dated: 2/16, 2012

WEINBERG, ROGER & ROSENFELD

By: _____
Matthew J. Gauger, Esq.
Gary P. Provencher, Esq.
Attorneys for Plaintiff
CARPENTERS LOCAL UNION 152

Dated: 2/16, 2012

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: _____
Martin J. Ambacher
John C. Adams
Attorneys for Defendant
CITY OF WALNUT CREEK

IT IS SO ORDERED.

Dated: February 17, 2012

_____
The Honorable Jeffrey S. White

STIPULATION OF DISMISSAL
AND ORDER THEREON

2